■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LIMUEL ARTHUR, Appellant.— Determination of this appeal withheld and case remitted

to Monroe County Court for a hearing and determination of the voluntariness of the defendant's confession in accordance with the procedures outlined in *People* v. *Huntley* (15 N Y 2d 72). (Appeal from judgment of Monroe County Court convicting defendant of attempted murder, second degree.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.